RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
Twenty-Second Floor
400 Capitol Mall
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

KENNEDY P. RICHARDSON, Cal. Bar No. 62516
YVONNE M. PIERROU, Cal. Bar No. 166237
BRIAN S. LEE, Cal. Bar No. 233062
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711
E-mail: kpr@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CLAY, an individual and as the Successor in Interest to the Estate of RODNEY CLAY; RODNEY KEITH CLAY, JR.; VELICIA HAMILTON; TAMIKO MOON; and THOMASINA CLAY,<br><br>   Plaintiffs,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 200, inclusive,<br><br>   Defendants. | No. C06-07926 SI<br><br>JOINDER OF THE PERMANENTE MEDICAL GROUP, INC. IN DEFENDANTS' MOTION TO COMPEL ARBITRATION<br><br>Date:   April 27, 2007<br>Time:  9:00 a.m.<br>Dept.:  10<br>Courtroom: The Hon. Susan Illston |

JOINDER IN MOTION TO COMPEL ARBITRATION – C06-07926 SI

1  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that defendant The Permanente Medical Group, Inc. joins in the motion to compel arbitration filed on March 15, 2007 by Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals. The motion is set to be heard on April 27, 2007 at 9:00 a.m. in Department 10 located at 450 Golden Gate Avenue, San Francisco, California.

The motion to compel arbitration is made under the Federal Arbitration Act ("FAA"), 9 U.S.C. § 2, on the grounds that the arbitration provision in the member's agreement is governed by the FAA, that the parties have agreed to submit their claims to final and binding arbitration, that plaintiffs refuse to arbitrate this dispute, and that the right to compel arbitration has not been waived. The motion to stay the litigation pending arbitration is made under 9 U.S.C. § 3 on the ground that the entire lawsuit (with the exception of the public injunction claim) is subject to arbitration, and the entire action should be stayed pending the arbitration.

The motion is based on this notice, the memorandum of points and authorities and the declarations of James H. Simpson, III, Katherine Dean, Ronald R. Lamb, and Jason Hall filed by Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc., the files and records of this action, and such argument and evidence as may be presented at the hearing of this matter.

Dated: March 15, 2007

RONALD R. LAMB
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

KENNEDY P. RICHARDSON
YVONNE M. PIERROU
BRIAN S. LEE
MARION'S INN


By s/s_____

Yvonne M. Pierrou

Attorneys for Kaiser Foundation Health Plan, Inc., The Permanente Medical Group, Inc., and Kaiser Foundation Hospitals

JOINDER IN MOTION TO COMPEL ARBITRATION – C06-07926 SI