1 | RONALD R. LAMB, Cal. Bar No. 99396
WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
2 | Twenty-Second Floor
400 Capitol Mall
3 | Sacramento, CA 95814
Telephone: (916) 441-2430
4 | Facsimile: (916) 442-6664
E-mail: rlamb@wilkefleury.com

6 | KENNEDY P. RICHARDSON, Cal. Bar No. 62516
YVONNE M. PIERROU, Cal. Bar No. 166237
7 | BRIAN S. LEE, Cal. Bar No. 233062
MARION'S INN
8 | 1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
9 | Telephone: (510) 451-6770
Facsimile: (510) 451-1711
10 | E-mail: kpr@marionsinn.com

Attorneys for Defendants Kaiser Foundation
Health Plan, Inc., Kaiser Foundation Hospitals,
and The Permanente Medical Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CLAY, an individual and as the Successor in Interest to the Estate of RODNEY CLAY; RODNEY KEITH CLAY, JR.; VELICIA HAMILTON; TAMIKO MOON; and THOMASINA CLAY,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION HEALTH PLAN, and DOES 1 through 200, inclusive,<br><br>        Defendants. | No. C06-07926 SC<br><br>[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION TO COMPEL ARBITRATION |

ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
C06-07926 SC                                                                                               1

1    PURSUANT TO STIPULATION, IT IS ORDERED that the hearing on defendants'
2 motion to compel arbitration is continued from April 27, 2007 to May 11, 2007 at 10:00 a.m.
3 before the Honorable Samuel Conti in Courtroom 1.

5 Dated: __4/3/07_____

6                                                                                  United States District Judge

*[Signed and sealed: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]*

ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION
C06-07926 SC                                                                                              2