| | |
|---|---|
| 1 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
|   | RONALD R. LAMB, BAR NO. 99396 |
| 2 | 400 Capitol Mall, Twenty-Second Floor |
|   | Sacramento, CA  95814 |
| 3 | Telephone:    (916) 441-2430 |
|   | Facsimile:     (916) 442-6664 |
| 4 | E-Mail: rlamb@wilkefleury.com |
| 5 | Attorneys for Defendants |
|   | KAISER FOUNDATION HOSPITALS; KAISER |
| 6 | FOUNDATION HEALTH PLAN, INC. and THE |
|   | PERMANENTE MEDICAL GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH CLAY, an individual and as the Successor in Interest to the Estate of RODNEY CLAY; RODNEY KEITH CLAY, JR.; VELICIA HAMILTON; TAMIKO MOON; and THOMASINA CLAY,<br><br>Plaintiffs,<br>v.<br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HOSPITALS; KAISER FOUNDATION HEALTH PLAN; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 3:06-cv-07926-SC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the plaintiffs DEBORAH CLAY, an individual and as the Successor in Interest to the Estate of RODNEY CLAY; RODNEY KEITH CLAY, JR.; VELICIA HAMILTON; TAMIKO MOON; and THOMASINA CLAY and defendants KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and KAISER FOUNDATION HEALTH PLAN, INC., through their respective counsel, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

DATED: June 3, 2009.

LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By: _____
MARK G. CRAWFORD
Attorneys for Plaintiffs
DEBORAH CLAY, an individual and as the Successor in Interest to the Estate of RODNEY CLAY; RODNEY KEITH CLAY, JR.; VELICIA HAMILTON; TAMIKO MOON; and THOMASINA CLAY

DATED: June 9, 2009.

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By: _____
RONALD R. LAMB
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., AND KAISER FOUNDATION HEALTH PLAN, INC.

## ORDER

Pursuant to the above stipulation of all parties,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear its own costs.

DATED: June 10, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Samuel Conti